Eastern District of Kentucky
**FILED**

DEC 20 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.**  6:24-CR-087-REW
**18 U.S.C. § 111(a)(1) & (b)**

**AROUS JOHN PHILLIPS**

* * * * *

**THE GRAND JURY CHARGES:**

On or about October 18, 2024, in Clay County, in the Eastern District of Kentucky,

**AROUS JOHN PHILLIPS**

did intentionally and voluntarily forcibly assault, resist, and oppose M.D., a corrections

officer employed by the United States Bureau of Prisons, while M.D. was engaged in

official duties, which caused physical contact with M.D. and inflicted bodily injury upon

M.D, all in violation of 18 U.S.C. §§ 111(a)(1) and (b).

**A TRUE BILL**

[signature redacted]

**FOREPERSON**

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 20 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**       Mandatory special assessment of $100.

**PLUS:**       Restitution, if applicable.